DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Department Stores National Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANA PASTOR,<br><br>             Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; GREEN TREE SERVICING, LLC; DEPARTMENT STORES NATIONAL BANK; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendants. | Case No.:  2:15-cv-02405-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME DEPARTMENT STORES NATIONAL BANK TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Department Stores National Bank (**Defendant**) thirty additional days from the date of entry of this order to file a responsive pleading Plaintiff Suzana Pastor's (**Plaintiff**) complaint filed on August 5, 2015.  ECF No. 1. Pursuant to Stipulation of the parties, Defendant shall have until January 25, 2016 to file a responsive pleading.  This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to reach settlement.

/ / /

{37031129;1}

This is the parties' first request for an extension.

DATED this 21st day of December, 2015.

| **KAZEROUNI LAW GROUP, APC** | **AKERMAN LLP** |
|---|---|
| /S/ *Michael Kind*<br>MICHAEL KIND, ESQ.<br>Nevada Bar No 13903<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br><br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Department Stores National Bank* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** December 23, 2015

{37031129;1}                              2